Matthew P. Minser, Esq. (SBN 296344)
Siddharth Jhans, Esq. (SBN 254165)
SALTZMAN & JOHNSON LAW CORPORATION
5100-B1 Clayton Road, Ste 373
Concord, CA 94521
Telephone: (510) 906-4710
Email: mminser@sjlawcorp.com
Email: sjhans@sjlawcorp.com

Attorneys for Plaintiffs, District Council 16
Northern California Health And Welfare Trust Fund, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FRANCISCO RUIZ, an Individual, dba RUIZ CONSTRUCTION, dba RUIZ PAINTING AND WALLCOVERING, dba RUIZ PAINTING & WALLCOVERING, and as shareholder or RUIZ PAINTING AND WALLCOVERING, INC., et al., <br><br> Defendants. | Case No. 4:25-cv-10859-HSG <br><br> **REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER THEREON** <br><br> Date:     March 24, 2026 <br> Time:    2:00 p.m. <br> Judge:   Hon. Haywood S. Gilliam, Jr. |

Plaintiffs hereby respectfully request that the Initial Case Management Conference, currently on Calendar for March 24, 2026, be continued for approximately ninety (90) days. Good cause exists for the granting of the continuance, as follows:

1.     As the Court's records will reflect, Plaintiffs filed a Complaint in this matter on December 19, 2025 against Defendants (Dkt. No. 1.)

1

**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER THEREON**
**Case No. 4:25-cv-10859-HSG**

2.      Plaintiffs' process server served Defendants via substituted service on January 17, 2026, with service effectuated 10 days later on January 30, 2026.[1]  A Proof of Service of Summons was filed with this Court on March 17, 2026 (Dkt. No. 11).

3.      Defendant's deadline to respond to Plaintiffs' complaint was February 20, 2026. No response has been filed to date.

4.      Plaintiffs are communicating with their Auditor to determine whether Defendants have complied with audits of their payroll records from January 1, 2018 through March 31, 2022 and April 1, 2022 through March 31, 2025. In the event Defendants have still failed to comply with audit of their payroll records, Plaintiffs will request the Clerk to enter default against Defendants, after which Plaintiffs intend to prepare and file a Motion for Default Judgment.

5.      Therefore, there are no issues that need to be addressed by the Plaintiffs at the currently scheduled Case Management Conference. In the interest of conserving costs, as well as the Court's time and resources, the Plaintiffs respectfully request that the upcoming Case Management Conference be continued for ninety (90) days to allow sufficient time for Plaintiffs to confirm the status of Defendants' compliance with the audits, and if necessary, to file a request to the Clerk to enter default against Defendants, and then to prepare a Motion for Default Judgment.

DATED: March 17, 2026                SALTZMAN & JOHNSON LAW CORPORATION

By: _____/S/_____
Siddharth Jhans
Attorneys for District Council 16 Northern California
Health And Welfare Trust Fund, et al.

//

//

//

---

[1] Pursuant to California Code of Civil Procedure §415.20, substituted service is effective on the 10th day after mailing. Plaintiffs process server mailed the Summons and Complaint on January 20, 2026, therefore the 10th day after mailing was January 30, 2026.  [*See* Dkt. # 11.]

**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER THEREON**
**Case No. 4:25-cv-10859-HSG**

**IT IS SO ORDERED.**

DATED: 3/17/2026



HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

3